# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDY DELGADO RODRIGUEZ, | Case No. 1:13-cv-01513-SAB-HC |
| Petitioner, | ORDER DISMISSING PETITIONER'S MOTION REGARDING CAUSE AND PREJUDICE |
| v. | |
| KATHY MENDOZA-POWERS, | [ECF NO. 3] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Pending before the Court is Petitioner's motion regarding cause and prejudice. The pleading is vague, but it appears Petitioner may believe his claims have been procedurally defaulted in state court, and he requests that they be considered notwithstanding the default because failure to do so would result in fundamental miscarriage of justice. Petitioner is advised that procedural default is an affirmative defense. Gray v. Netherland, 518 U.S. 152, 165 (1996). As such, it is the obligation of Respondent to raise the defense. While the Court may raise the issue sua sponte, it is not required to do so. Trest v. Cain, 522 U.S. 87, 89 (1997). In this case, the Court finds it premature to consider the defense. Petitioner is advised that in the event procedural default becomes an issue, he, as well as Respondent, will have a full opportunity for briefing.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion regarding cause and prejudice is DISMISSED.

IT IS SO ORDERED.

Dated: **October 30, 2013**

UNITED STATES MAGISTRATE JUDGE